Messrs. *Edward Bangs*, of Worcester, *Laban Wheaton*, of
Norton, *Ezekiel Bacon*, of Williamstown, *Edward St. Loe
Livermore*, of Newburyport, *Samuel H. Wheeler*, of Lanes-
borough and New Ashford.

### SANFORD AND ALFRED.

Where it appeared, that the member elected had furnished numbers of the electors,
both before and after the election, with refreshments of victuals and drink, at his
own expense, the election was not thereby invalidated.
The office of deputy postmaster is not incompatible with that of representative.

THE election of Thomas Keeler, returned a member from
the town of Sandford and district of Alfred, was objected to
by John Sayward and others, who, in their memorial,[1] alleged:

1. That Keeler, with a view to influence and corrupt the
electors, did agree and contract with one Ebenezer Sayward,
an innholder in Alfred, to furnish them with refreshments of
victuals and drink, on the day of election, at his expense; and
that refreshment was accordingly furnished them by Sayward,
and Keeler paid the bill;

2. That Keeler also made a similar agreement with one Paul
Webber, and paid him for provisions furnished the electors and
their horses, on the day of election;

3. That the meeting was tumultuous and disorderly, and
conducted with an unusual and unpardonable degree of spirit
and acrimony, probably from the cause above mentioned;

4. That after the election, Keeler gave a public invitation
to all the electors, to go to any or all of the public houses or

[1] 27 J. H. 31.

stores in Alfred, or to his own house in Sandford, to receive such refreshments as they should want, at his expense, and that for refreshment so furnished, (except what was furnished at Keeler's own house and store) Keeler and his colleague paid more than fifty dollars;

5. That, on the evening of the election, there was every appearance of riot and drunkenness, at Keeler's store, among the electors, and fighting and quarrelling were prevalent among them; and

6. That Keeler was a deputy postmaster and had no assistant in that office.[1]

This memorial was accompanied by sundry depositions, from which it appeared, that Keeler and his colleague had treated numbers of the voters, at considerable expense, both before and after the election.

The committee on elections reported, that having attended to the memorial, and to the depositions taken by the petitioners, to prove the charges therein contained, they were unanimously of opinion, that Thomas Keeler, the sitting member, was duly elected, and that nothing appears to prevent him from holding his seat. The report was agreed to.[2]

---

### TROY.

Where two members were returned, claiming a right to the same seat, both were enjoined not to vote or debate until the validity of their elections should be determined.

[1] See the eighth article of amendment to the constitution.  [2] 27 J. H. 66.